29 A.3d 1157

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David MORRIS, Petitioner.**

**No. 47 EM 2011.**

Supreme Court of Pennsylvania.

Oct. 4, 2011.

## *ORDER*

**AND NOW,** this 4th day of October, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Motion for Remand are **DENIED.**

---

29 A.3d 1158

**George RUSSELL, Petitioner**

v.

**ACTING ATTORNEY GENERAL FOR the COMMONWEALTH OF PENNSYLVANIA; Jerome Waish, Sup. at State Correctional Inst. 1000 Follies Road Dallas, PA 18612.**

**No. 41 EM 2011.**

Supreme Court of Pennsylvania.

Oct. 6, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of October, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**